FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0597

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0597

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CAVEY LITTLE ROSSBACH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 35-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 30, 2024, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024